**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

DERECK RONALDO SANCHEZ FUNES,

Petitioner,

v.

WARDEN, IMPERIAL REGIONAL ADULT DET. FACILITY, et al.,

Respondents.

Case No.:  3:26-cv-00189-RBM-DDL

**ORDER GRANTING JOINT MOTION TO DISMISS**

**[Doc. 10]**

On April 27, 2026, Petitioner filed a Motion for Attorney Fees and Costs Pursuant to the Equal Access to Justice Act 18 U.S.C. § 2412 ("EAJA Fees Motion"). (Doc. 8.)  On May 28, 2026, the Parties filed a Joint Motion to Dismiss stating that "they have reached a nonjudicial resolution of the issues raised in" the EAJA Fees Motion.  (Doc. 10 at 1.)

Accordingly, for good cause shown, the Court **GRANTS** the Joint Motion to Dismiss (Doc. 10) and **DIRECTS** the Clerk of the Court to close this case.  The EAJA Fees Motion (Doc. 8) is therefore **DENIED AS MOOT**.

**IT IS SO ORDERED**.

DATE:  June 1, 2026

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

1

3:26-cv-00189-RBM-DDL